UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC RODERICK JOHNSON,

    Plaintiff,                                               Case No. 24-10401

v.                                                       Honorable Nancy G. Edmunds

OFFICER ADAM DICKIE (Official and
Individual Capacity), OFFICER MICHAEL
QUARANTA (Official and Individual Capacity),

    Defendants.

_____/

## JUDGMENT

In accordance with the Court's opinion and order granting Defendants' motion for summary judgment entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED, and this case is CLOSED.

    SO ORDERED.

                                                              s/Nancy G. Edmunds
                                                             Nancy G. Edmunds
                                                             United States District Judge

Dated: September 15, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 15, 2025, by electronic and/or ordinary mail.

                                                              s/Marlena Williams
                                                              Case Manager